UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAT VAUGHN,

                Plaintiff,

-against-                       22-CV-1637 (LTS)

RYAN HEALTH CARE; MARTIN A. AVILES    ORDER OF DISMISSAL
OD; JANE DOE, MEDICAL TECHNICIAN,

                Defendants.

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On March 7, 2022, the Court dismissed the complaint for lack of subject matter jurisdiction, but granted Plaintiff leave to amend the complaint to allege facts showing that the Court has diversity jurisdiction of the action. On March 28, 2022, the Court received a letter from Plaintiff, advising that he wishes to withdraw his complaint. (ECF 7.)

The Court grants Plaintiff's request to withdraw this action. The complaint is therefore voluntarily dismissed under Fed. R. Civ. P. 41(a).

## CONCLUSION

The action is voluntarily dismissed under Fed. R. Civ. P. 41(a). This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 28, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge